UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CIV-62101-RAR

RYAN HERRERA,

     Plaintiff,

v.

MEDNAX, INC.,

     Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court upon the parties' Joint Stipulation of Dismissal With Prejudice [ECF No. 18] ("Stipulation"). The Court having reviewed the Stipulation, the record, and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that this case is DISMISSED *with prejudice*, with each party to bear its own fees and costs. The Clerk is instructed to mark this case CLOSED, and any pending motions are DENIED AS MOOT.

DONE AND ORDERED in Fort Lauderdale, Florida, this 25th day of May, 2021.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE

cc:     counsel of record